IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH JOHNSON COLE, #129997, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:25-CV-539-RAH-CSC ) |
| JOHN HAMM, et al., | ) ) |
| Defendants. | ) ) |

### **ORDER**

Upon consideration of Plaintiff's Motion to Inquire (Doc. 5), questioning whether the Court has received his complaint under 42 U.S.C. § 1983, it is ORDERED that the motion is GRANTED. Plaintiff is informed that the Court has received his § 1983 complaint.

As to Plaintiff's motion for an extension of time (Doc. 6), seeking additional time to submit his initial partial filing fee, that motion is also GRANTED. The deadline for Plaintiff to pay his initial partial filing fee, in accordance with the Court's Order of August 8, 2025 (Doc. 4), is extended to **September 8, 2025**.

DONE this 25th day of August, 2025.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE